UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARYL SIMON,

                Petitioner,

     v.

UNITED STATES OF AMERICA,

                Respondent.

**ORDER**

12 Civ. 5209 (ER)

RAMOS, D.J.

    On August 19, 2020, Daryl Simon, an inmate at Federal Correctional Institution Allenwood Low, filed an emergency motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i) based on his risk of contracting the COVID-19 virus. The Government is directed to respond by August 28, 2020.

    It is SO ORDERED.

Dated: August 20, 2020
       New York, New York

                                                  Edgardo Ramos, U.S.D.J.