UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARYL SIMON,

                Petitioner,

    v.                                         **ORDER**

UNITED STATES OF AMERICA,          12 Civ. 5209 (ER)

                Respondent.

RAMOS, D.J.

        On August 19, 2020, Daryl Simon, an inmate at Federal Correctional Institution Allenwood Low, filed an emergency motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i) based on his risk of contracting the COVID-19 virus.  Doc. 47.  On September 28, the Court denied Simon's motion.  Doc. 50.  On November 2, Simon moved for reconsideration of the Court's September 28 decision.  Doc. 52.  The Government is therefore directed to respond to Simon's reconsideration motion by **Monday, November 30, 2020**.

        It is SO ORDERED.

Dated:  November 13, 2020
          New York, New York

                                                                 Edgardo Ramos, U.S.D.J.