UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARYL SIMON,

                Petitioner,

– against –

UNITED STATES OF AMERICA,

                Respondent.

**ORDER**

12 Civ. 5209 (ER)
07 Cr. 474 (ER)

RAMOS, D.J.:

    Daryl Simon has filed a *pro se* motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A). The motion was docketed in Simon's civil case, Doc. 61, and his criminal case, Doc. 65. The government is directed to respond to the motion by March 14, 2024.

    SO ORDERED.

Dated:   February 29, 2024
           New York, New York

                                                Edgardo Ramos, U.S.D.J.